# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-3583
_____

V.P., Father of T.P. and M.P.,
Minor Children,

     Appellant,

     v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

     Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Susanne Wilson Bullard, Judge.


October 31, 2018


PER CURIAM.

     AFFIRMED.

WOLF, LEWIS, and WETHERELL, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Lara A. Mason of Mason Law Firm, P.A., Ponte Vedra Beach, for Appellant.

Ward Metzger, Department of Children and Families, Jacksonville, for Appellee.

Joanna Summers Brunell and Thomasina F. Moore, Guardian Ad Litem Program, Tallahassee, for Guardian Ad Litem Program.